UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DERRICK HOOKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 4:15-CV-67-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that upon consideration of Defendant's unopposed request to remand this cause for further administrative action, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action with respect to Plaintiffs claim of disability.

**This Judgment Filed and Entered on January 13, 2016, and Copies To:**

Derrick Kyle Arrowood              (via CM/ECF Notice of Electronic Filing)

David N. Mervis                    (via CM/ECF Notice of Electronic Filing)

DATE:                              JULIE RICHARDS JOHNSTON, CLERK

January 13, 2016                   (By) /s/ Crystal Jenkins

                                                             Deputy Clerk