IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:15-CV-00067-D

| | |
|---|---|
| DERRICK HOOKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER FOR |
| v. | ) PAYMENT OF ATTORNEY FEES |
| | ) UNDER THE EQUAL ACCESS |
| CAROLYN W. COLVIN, | ) TO JUSTICE ACT |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Upon application of Plaintiff and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff $2,653.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

SO ORDERED this **25** day of **May** 2016.

JAMES C. DEVER III
Chief United States District Judge

1