UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

DERRICK HOOKER,　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　**JUDGMENT IN A CIVIL CASE**
　　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　**CASE NO. 4:15-CV-67-D**
CAROLYN W. COLVIN, Acting Commissioner　)
of Social Security,　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　　)

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $2,653.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on May 25, 2016, and Copies To:**

Derrick Kyle Arrowood　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)

David N. Mervis　　　　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)

DATE:　　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

May 25, 2016　　　　　　　　　　(By)　/s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　Deputy Clerk